1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 CHARLES GALLAGHER      )
                          )   1:06-CV-40 OWW SMS
11                        )
           Plaintiff,     )   STIPULATION AND ORDER TO DISMISS
12                        )
   vs.                    )
13                        )
   JO ANNE B. BARNHART,   )
14 Commissioner of Social )
   Security,              )
15                        )
           Defendant.     )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on January 4, 2006, on behalf of Plaintiff be dismissed. After thorough review

20 of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23      Dated: January 22, 2007         /s/ Gina Fazio

24                                      GINA FAZIO, ESQ.
                                        Attorney for Plaintiff
25
        Dated: January 26, 2007
26                                      MCGREGOR SCOTT
                                        United States Attorney
27
                                        By: /s/ Kristi C. Kapetan
28                                      (as authorized via facsimile)
                                        Kristi C. Kapetan
                                        Assistant U.S. Attorney

1
2
3   IT IS SO ORDERED.
4   **Dated:   January 29, 2007**                    **/s/ Oliver W. Wanger**
    emm0d6                                          UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28